**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Keith Watts, Plaintiff<br>v.<br>Pickens-Kane Moving & Storage Co.,<br>Michael F. Munroe Jr., and Joseph Bekken,<br>Defendants | Case Number:<br>FILED: JULY 15, 2008<br>08CV4011<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Keith Watts                                            PH

| |
|---|
| NAME (Type or print)<br>Johanna J. Raimond |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Johanna J. Raimond |
| FIRM<br>Law Offices of Johanna J. Raimond Ltd. |
| STREET ADDRESS<br>321 S. Plymouth Court, Suite 1515 |
| CITY/STATE/ZIP<br>Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6230092 | TELEPHONE NUMBER<br>312/235-6959 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐            APPOINTED COUNSEL ☐