## United States District Court for the Northern District of Illinois

Case Number: 08cv4011          Assigned/Issued By: j. n.

Judge Name: kennelly           Designated Magistrate Judge: ashman

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
               [ ] IFP        [ ] No Fee    [ ] Other _____
               [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____          Receipt #: 2935791_____

Date Payment Rec'd: 7-15-08_____        Fiscal Clerk: j. n._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons       _____
                                             _____
[ ] Citation to Discover Assets              (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

_3_ Original and _0_ copies on _7-15-08_ as to _all defendants_
                                  (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05